659 A.2d 982

**TOWNSHIP OF SPRINGFIELD, MONTGOMERY COUNTY, Pennsylvania, Appellant,**

**v.**

**S. Penn THOMAS and Mary Ann MacDonald.**

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Petition to Strike Order Denied
June 29, 1995.

Michelle R. Portnoff, for Township of Springfield.

Gary R. Leadbetter, for Thomas and MacDonald.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Mr. Justice Castille dissents and would reach the merits of the case.

Mr. Justice Montemuro is sitting by designation.